```
                           United States Bankruptcy Court
                            Eastern District of California
```

In re:                                                          Case No. 13-24649-A
Sherrie Lee Blankenship                                         Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: bons              Page 1 of 2            Date Rcvd: Aug 06, 2013
                              Form ID: L51            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: bnc@jpj13trustee.com Aug 07 2013 02:52:54      Jan P. Johnson,   PO Box 1708,
                Sacramento, CA 95812-1708
tr              E-mail/Text: slcarello@gmail.com Aug 07 2013 02:49:49       Sheri L. Carello,   PO Box 22527,
                Sacramento, CA  95822-0527
                                                                                             TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0972-2           User: bons                    Page 2 of 2                   Date Rcvd: Aug 06, 2013
                               Form ID: L51                  Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2013 at the address(es) listed below:
NONE.                                                                                                   TOTAL: 0

FORM L51 Final Decree  (v.7.06)                                                   13–24649 – A – 7



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | **FILED**<br><br>**8/6/13**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>bons |

## FINAL DECREE

**Case Number:**    13–24649 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Sherrie Lee Blankenship
xxx–xx–4209

6029 Rowan Way
Citrus Heights, CA 95621

**Trustee:**         Sheri L. Carello
                     PO Box 22527
                     Sacramento, CA 95822–0527

**Telephone Number:**    916–444–8149

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:                                          For the Court,
8/6/13                                          Wayne Blackwelder , Clerk